```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0161--CR (JKS)
                                    "USA V VICKI P. SHANIGAN"
                                    DEF 1.1 SHANIGAN, VICKI P.

                    Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 10/29/01
             Closed: 08/21/02
  No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Scott A. Sterling
                     Sterling & DeArmond PC
                     851 E. Westpoint Drive
                     Suite 201
                     Wasilla, AK 99654
                     907-376-8076
                     FAX 907-376-8078
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Joseph W. Bottini
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 SHANIGAN, VICKI P.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:472 PASSING COUNTERFEIT OBLIGATION OF THE UNITED STATES (F) | Sentenced (29-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A01-0161--CR (JKS)
                                  "USA V VICKI P. SHANIGAN"

                                    For all filing dates
```

```
  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 10/29/01
           Closed: 08/21/02
No. of Defendants: 1


Document #    Filed      Docket text
_____    _____    _____

    1 -    1  10/29/01   [Re: DEF 1] PLF 1 Information.

 NOTE -    1  10/30/01   Issued: Summons.

    2 -    1  10/30/01   [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 11/29/01.  cc:
                         USA, USM, PO, DEF (by USM)

    3 -    1  11/08/01   USM Return of svc summons re: DEF 1 executed on 11/06/01.

    4 -    1  11/09/01   [Re: DEF 1] PLF 1 motion (ex parte) for expedited arr date.

    4 -    2  11/09/01   [Re: DEF 1] PLF 1 motion for consideration on shortened time re 4-1.

    4 -    3  11/13/01   [Re: DEF 1] AHB Order granting motion for expedited arr date (4-1),
                         motion for consideration on shortened time re 4-1 (4-2); 11/29/01 arr
                         VACATED and RESET to 11:00 a.m., 11/20/01; govt directed to give
                         immediate notice of rescheduled arr date to def.  cc: USA, USM, PO

 NOTE -    2  11/16/01   Issued: Proposed Trial Date Setting for Arr to JKS CMC.

    5 -    1  11/21/01   DEF 1 Waiver of indictment. cc: AUSA, S. Sterling distributed 1/3/02 per
                         #19.

    6 -    1  11/21/01   [Re: DEF 1] Financial Affidavit.

    7 -    1  11/21/01   [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 12/4/01.
                         cc: USA, S. Sterling

    8 -    1  11/21/01   [Re: DEF 1] Appearance bond; bond set at $5,000 unsecured.

    9 -    1  11/21/01   [Re: DEF 1] Order setting conditions of release; def released on $5,000
                         unsecured bond.  cc: USA, S. Sterling, USM, PO

   10 -    1  11/21/01   [Re: DEF 1] CJA appointment of Scott A. Sterling.

 NOTE -    3  11/26/01   Issued: Notice of Speedy Trial Act ddlns to JKS CMC.

   11 -    1  11/26/01   [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on
                         felony info (held 11/20/01); waiver of Indt FILED; FPD to appoint CJA
                         cnsl; def plead not guilty; bond set at $5,000 unsecured; ptms due
                         12/4/01.  cc: FPD (CJA Clerk)

   12 -    1  11/26/01   [Re: DEF 1] JKS Minute Order re: FPTC set 1/2/02 at 2:30 p.m.  TBJ set
                         1/7/02 at 9:00 a.m.  cc: J. Bottini, S. Sterling, USM, USPO, MJ Branson,
                         Jury Clerk

   13 -    1  12/06/01   DEF 1 Notice of Intent to change plea.

   14 -    1  12/06/01   [Re: DEF 1] PLF 1 Plea Agreement.


ACMS: R_RDSDI              As of 02/08/06 at 3:27 PM by DANM                          Page 1
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A01-0161--CR (JKS)
                              "USA V VICKI P. SHANIGAN"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 12/07/01 | [Re: DEF 1] PLF 1 Discovery certification. |
| 16 - 1 | 12/07/01 | [Re: DEF 1] JKS Minute Order re: PCOP set for 12/27/01 at 10:00 a.m. Courtroom #3. cc: USA, S. Sterling, USM, USPO, MJ Branson |
| 17 - 1 | 12/26/01 | [Re: DEF 1] JKS Minute Order re: PCOP set 12/27/01 is vacated and reset for 1/2/02 at 2:30 p.m. Courtroom #1. cc: J. Bottini, S. Sterling, USM, USPO, Mj Branson |
| 18 - 1 | 12/26/01 | [Re: DEF 1] PLF 1 motion on shortened time to continue (IOS) proposed change of plea. |
| 18 - 2 | 12/27/01 | [Re: DEF 1] JKS Order granting motion on shortened time to continue (IOS) proposed change of plea (18-1). PCOP is set for 1/2/02 at 2:30 p.m. cc: J. Bottini, S. Sterling, USM, USPO |
| 19 - 1 | 01/03/02 | {SEALED} [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] PCOP held 1/2/02. Def changed plea to guilty on count 1 of the Information. court accepted plea. IOS set for 4/19/02 at 9:00 a.m. Conditions of release remain as previously set. Court amended waiver of Indictmetn to reflect charges. TBJ set 1/7/02 is vacated. cc: J. Bottini, S. Sterling, USM, USPO, MJ Branson, Jury Clerk |
| 20 - 1 | 04/09/02 | {SEALED} PLF 1 Unopposed mot to cont ios |
| 21 - 1 | 04/11/02 | [Re: DEF 1] JKS Minute Order granting unoppo mot to cont IOS (20-1); 4/19/02 IOS is reset to 05/21/02 at 9:00 a.m.. USA, S. Sterling, USM, USPO, MJ Branson |
| 22 - 1 | 05/14/02 | {SEALED} PLF 1 Unopposed motion to continue imposition of sentence hearing. |
| 22 - 2 | 05/16/02 | {SEALED} [Re: DEF 1] JKS Order re: the IOS set for 5/21/02 is vacated and continued until 6/12/02 at 4:00 p.m. cc: J. Bottini, S. Sterling, USM, USPO |
| 23 - 1 | 06/07/02 | {SEALED} [Re: DEF 1] PLF 1 motion on shortened time to continue imposition of sentence hearing. |
| 23 - 2 | 06/12/02 | {SEALED} [Re: DEF 1] JKS Order granting mot on shortened time to cont IOS; IOS previously set for 06/12/02 at 4:00 p.m. is VACATED and reset for 07/23/02 at 8:30 a.m. cc: USA, S. Sterling, USM, USPO, MJ Branson |
| 24 - 1 | 07/18/02 | {SEALED} [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue imposition of sentencing hearing. |
| 25 - 1 | 07/18/02 | {SEALED} [Re: DEF 1] JKS Minute Order granting mot on shortened time to cont IOS (24-1); Crt vacated IOS previously scheduled for 07/23/02 and reset for 08/20/02, at 9:00 a.m. cc: USA, S. Sterling, USM, USPO, MJ Branson |
| 26 - 1 | 08/19/02 | {SEALED} [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 27 - 1 | 08/20/02 | DEF 1 Sentencing Memorandum. |
| 28 - 1 | 08/21/02 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: IOS held 08/20/02; def sentenced to 60 mos probation; SA $100; restitution |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A01-0161--CR (JKS)
                            "USA V VICKI P. SHANIGAN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | $7350.00; appear bond exonerated. |
| 29 - 1 | 08/21/02 | [Re: DEF 1] JKS Judgment pleaded guilty to ct 1 of the Info (1-1); def sentenced to 60 mos probation; SA $100; Restitution $7350.00. cc: USA, S. Sterling, Def w/cnsls cy; USM, USPO, FLU, MJ Branson |
| 30 - 1 | 08/29/02 | DEF 1 motion to modify judgment and sentence. |
| 31 - 1 | 09/19/02 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot to modify judg and sentence (30-1). |
| 32 - 1 | 09/19/02 | {SEALED} DEF 1 motion (ex parte) for approval of CJA 20 voucher w/proposed voucher. |
| 32 - 2 | 09/20/02 | {SEALED} [Re: DEF 1] JKS Order granting motion for approval of CJA 20 voucher (32-1). cc: FPD(CJA Clerk), S. Sterling |
| 33 - 1 | 09/23/02 | [Re: DEF 1] Partial Transcript re: IOS held 8/20/02. |
| 34 - 1 | 09/24/02 | [Re: DEF 1] JKS Minute Order denying mot to modify judg and sentence (30-1); order is w/out prej to a request for early termination of probation after all restitution is paid. cc: USA, S. Sterling, USPO |