Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.   Case No. A01-0161-01-CR (JKS)

Vicki P. Shanigan

On August 20, 2002, the above-named was placed on probation for a period of 5 years years. The defendant has complied with the rules and regulations of probation and has paid in full all of her criminal financial penalties, including a $7,350.00 fine along with a $100.00 special assessment fee. It is accordingly recommended that Vicki P. Shanigan be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

_____
Beth A. Mader
U.S. Probation/Pretrial Services Officer

_____
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this  7th  day of  February , 2006

_____
James K. Singleton
Senior U.S. District Court Judge